UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB DAVIS,<br><br>             Plaintiff,<br>     vs.<br>GULF STREAM COACH, INC.,<br><br>             Defendant.<br>_____ / | CASE NO. CV F 07-0422 LJO WMW<br><br>**ORDER AFTER SETTLEMENT** |

Plaintiff has filed a notice of settlement of this action. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than September 21, 2007, file papers to dismiss this action in its entirety or to file a status report on completion of settlement and inability to dismiss this action.

**All court dates**, including the August 22, 2007 scheduling conference, and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   August 17, 2007**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE