Todd M. Friedman, Esq. - State Bar #216752
Jennifer Basola, Esq. - State Bar #- 231538
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles California 90036
(323) 988-2400 Telephone
*TFriedman@consumerlawcenter.com*
*Jbasola@consumerlawcenter.com*

Attorney for Plaintiff, BOB DAVIS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOB DAVIS,** | ) Case No. |
| Plaintiff, | ) 1:07−CV−00422−LJO−NEW |
| | ) (WMW] |
| vs. | ) |
| **GULF STREAM COACH, INC.** | ) **ORDER FOR STIPULATION TO** |
| | ) **DISMISS BOB DAVIS v. GULF** |
| Defendant. | ) **STREAM COACH, INC. WITH** |
| | ) **PREJUDICE** |
| | ) |

## ORDER FOR STIPULATION TO DISMISS
## BOB DAVIS v. GULF STREAM COACH, INC.

Plaintiff, BOB DAVIS's, Stipulation To Dismiss BOB DAVIS v. GULF STREAM COACH, INC. with Prejudice is found well taken and is hereby granted.

///

///

1

_____
STIPULATION TO DISMISS

1
2  For good cause shown, it is ordered that this Court grant Plaintiff's
3
4  Stipulation To Dismiss BOB DAVIS v. GULF STREAM COACH, INC., with
5  Prejudice.
6
Dated:  February 4, 2008         _/s/ Lawrence J. O'Neill_____
7                                  Honorable **Lawrence J. O'Neill**
                                   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

_____
STIPULATION TO DISMISS